In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00385-CV
_____

GEORGE EARL DANNER, Appellant

V.

KATHRYN M. DANNER, Appellee

On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 17-03-04143-CV

ORDER

George Earl Danner filed a motion to stay the trial court's November 15, 2018 turnover order pending appellate review of his motion to review and reduce the amount of the supersedeas bond ordered by the trial court on November 13, 2018. Reporter's records of the hearings have not yet been filed with the Court of Appeals. The Court finds that temporary orders are necessary to preserve to parties' rights

1

while the appellant seeks appellate review of the trial court's November 13, 2018 post-judgment order. *See* Tex. R. App. P. 24.4(c).

It is, therefore, ORDERED that the trial court's turnover order signed November 15, 2018, in Trial Cause Number 17-03-04143-CV is STAYED until further order of this Court.

The Court requests that the appellee, Kathryn M. Danner, file a written response to the appellant's motion to review and reduce the supersedeas bond by December 3, 2018.

ORDER ENTERED November 21, 2018.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.

2